IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Tony Alvina Jeter, | ) | C/A No.: 1:17-1453-TMC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Ebony Black; NP Christy Barbee; Dr. McDonald; Capt. Hayes; Major Freeman; and Kathy White, Nurse Administrator, | ) | |
| Defendants. | ) | |

Tony Alvina Jeter ("Plaintiff"), proceeding pro se, filed this action alleging a violation of his constitutional rights. On June 23, 2017, the court directed Plaintiff to provide the service documents necessary to advance his case. (ECF No. 7). Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court issued a second order on July 19, 2017, asking Plaintiff to provide the service documents necessary to advance his case. (ECF No. 10). Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on August 9, 2017, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

August 22, 2017
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.