AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Tony Alvina Jeter, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:17-cv-01453-TMC-SVH |
| Ebony Black; NP Christy Barbee; Dr. Mcdonald; Capt. Hayes; Major Freeman; Kathy White, Nurse Administrator, | ) ) ) | |
| *Defendants* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Tony Alvina Jeter, shall take nothing of the defendants, Ebony Black; NP Christy Barbee; Dr. Mcdonald; Capt. Hayes; Major Freeman; Kathy White, and this action is dismissed without prejudice.

This action was *(check one)*:
❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Timothy M. Cain, United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date: August 22, 2017                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. Walker
                                                              _____
                                                              *Signature of Clerk or Deputy Clerk*